UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALEXANDER A. BUZZ,

Plaintiff,

v.

LT. SPEITH, *et al.*,

Defendants.

Case No. 2:26-cv-01690-GMN-MDC

ORDER

Plaintiff Alexander A. Buzz has filed a motion requesting that this case be dismissed without prejudice. (ECF No. 7.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Plaintiff's motion for voluntary dismissal and dismisses this action without prejudice.

It is therefore Ordered that Plaintiff's motion to voluntarily dismiss this action without prejudice (ECF No. 7) is granted.

It is further Ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is kindly requested to enter judgment accordingly.

It is further Ordered that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 6) are denied as moot.

DATED THIS 25 day of August 2025.

Gloria M. Navarro, Judge
United States District Court